CATHERINE McCORMACK, Respondent, v. WILLIAM WILLOCK, JR., Appellant. — Order so far as appealed from modified by striking out items 2 and 7, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. The bill of particulars to be served within ten days from service of order. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GERTLER ELECTRIC CO., INC., Respondent, v. COLIN B. KENNEDY CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CHARLES EDWARD DAVENPORT, Respondent, v. HARRY K. THAW, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FEDERAL INSURANCE COMPANY, Appellant, v. FLATIRON WINDOW CLEANING Co., INC., Respondent.— Orders affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ANNIE W. LINDSAY, Respondent, v. BENJAMIN F. MILLS, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ETHEL D. MESCH, Respondent, v. EDWARD A. MESCH, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ETHEL D. MESCH, Respondent, v. EDWARD A. MESCH, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EVERETT FROOKS, Respondent, v. McGOLRICK REALTY COMPANY, INC., and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NELSON S. SPENCER, Appellant, v. CHARLES W. BERRY, as Comptroller of the City of New York, and Others, Respondents.— Order affirmed as a matter of discretion, with ten dollars costs and disbursements to the respondents. This cause should be tried as a preferred cause in order to have a speedy disposition on the merits. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NELSON S. SPENCER, Appellant, v. GEORGE J. RYAN, as President of the Board of Education of the City of New York, and Others, Respondents.— Order affirmed as a matter of discretion, with ten dollars costs and disbursements to the respondents. This cause should be tried as a preferred cause in order to have a speedy disposition on the merits. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ROSE LIEBOWITZ, Appellant, v. ARROW ROOFING CO., INC., and Others, Defendants, Impleaded with DILLON PARKER CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.